| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| FRANK DEAN COURTNEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION H-06-1761 |
| § | |
| SHERIFF TOMMY GAGE, *et al.*, § | |
| § | |
| Defendant. § | |

## Opinion on Dismissal

Frank Dean Courtney filed this case as an inmate in the Montgomery County Jail. He has been released from jail, but has failed to keep the court advised of his current address as required by Local Rule 83.4.

Courtney is lacking in due diligence. The complaint will be dismissed for want of prosecution.

Signed February 8, 2007, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge